UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LAMONT YOUNG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AZUSA PACIFIC UNIVERSITY, a California corporation; HANNY [LAST NAME UNKNOWN], an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:16-cv-05659-GJS<br><br>[Assigned for All Purposes to the Hon. Gail J. Standish, Courtroom 23]<br><br>**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**<br><br>**[Stipulation Filed and Served Concurrently Herewith]**<br><br>Complaint Filed: July 29, 2016<br>Trial Date: December 5, 2017 |

The Court, having considered the Stipulation to Dismiss Case with Prejudice, and good cause appearing, hereby ORDERS THAT:

1. This case as to all defendants and all causes of action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1);
2. Each party is to bear its own attorneys' fees and costs; and
3. All future hearings are taken off calendar.

**IT IS SO ORDERED.**

Date: September 19, 2017

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

---

[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE